UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HARRY H. BROWN,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-1294 |
| | : | |
| **JOSEPH P. FARINA,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Based upon Plaintiff's submissions, his application for leave to proceed *in forma pauperis* is **GRANTED**.

October 19, 2006

/s/
Gladys Kessler
United States District Judge