# United States Court of Appeals
### For The District of Columbia Circuit

---

| | |
|---|---|
| **No. 06-7126** | **September Term, 2006** |
| | 06cv01294 |

**Filed On:**

Harry H. Brown,
    Appellant

v.

Joseph P. Farina, Chief Judge, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED DEC 2 7 2006
CLERK

### ORDER

Upon consideration of appellant's motion to dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                BY: *[signature]*
                                      Nancy G. Dunn
                                      Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: *[signature]* Deputy Clerk